# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LESLIE M. GURLEY, | : Case No. 3:17-cv-410 |
| Plaintiff, | : District Judge Thomas M. Rose |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion for Allowance of Attorney Fees. (Doc. #15). Plaintiff indicates that the Commissioner would not stipulate to any petition for fees under 42 U.S.C. § 406(b) in this case. *Id.* at 1204. The Commissioner did not respond to Plaintiff's Motion.

Plaintiff's Motion seeks an award of attorney fees under 42 U.S.C. § 406(b)(1) in the total amount of $9,812.63. In the absence of opposition by the Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees is reasonable and warranted under 42 U.S.C. § 406(b)(1) in the amount the Motion seeks.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's Motion for Allowance of Attorney Fees (Doc. #15) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the total amount of $9,812.63; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: June 24, 2019                                          *s/Thomas M. Rose*
                                                             Thomas M. Rose
                                                             United States District Judge